UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN A MORENO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-146 |
| | § | |
| ISAAC KWARTING, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Juan A. Moreno, an inmate proceeding *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's Motion for Summary Judgment. (D.E. 34).

On July 17, 2020, Plaintiff filed his Amended Complaint, naming the following McConnell Unit officials in their individual and official capacities: (1) Dr. Isaac Kwarteng; (2) Medical Physician Erick Echavarry; (3) Practice Manager Lisa Kendra; (4) Practice Manager Tanya Lawson; (5) Optometrist Steven Steger; (6) Law Library Coordinator Candace Moore; (7) Law Library Assistant Megan Thompson; (8) Mental Psychotherapist Daniel Vivis; (9) Mental Health Provider Daniel Dominguez; (10) Captain S. Placido; (11) Counsel Substitute Donna Bryant; and (12) Assistant Warden Miller. (D.E. 22, pp. 2-4; D.E. 23, pp. 3).

"Federal courts are permitted to dismiss a summary judgment motion without prejudice if it is filed before any party answers." *Watkins v. Monroe*, No. 6:18cv347, 2019 WL 1869864, at *1 (E.D. Tex. Mar. 27, 2019). In this case, several defendants

have yet to be served, and none of the defendants have filed an answer or other responsive pleading. In addition, no discovery has taken place, and no scheduling order regarding discovery has been issued in this case.

Accordingly, it is respectfully recommended that Plaintiff's Motion for Summary Judgment (D.E. 34) be **DENIED without prejudice** as premature.

Respectfully submitted this 26th day of August, 2020.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).