United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN A MORENO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-146 |
| | § | |
| ISAAC KWARTING, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 20, 2020, Magistrate Judge Julie K. Hampton issued her Order Denying Motion to Appoint Counsel (D.E. 26). On August 30, 2020, Plaintiff filed objections (D.E. 33) to that order. The objections do not identify any error in the Magistrate Judge's findings of fact or conclusions of law. Instead, they simply seek to relitigate the matter. The objections were also filed after the 14-day deadline imposed by Federal Rule of Civil Procedure 72(a). Plaintiff's objections are inadequate to raise any issue for the Court's review pursuant to the requirements of 28 U.S.C. § 636(b)(1)(A) and Rule 72(a). The objections are therefore OVERRULED.

ORDERED this 11th day of September, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE